IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PROTESTERS IN SUPPORT OF BLACK LIVES, *et al.*, | ) ) ) | |
| | ) | No. 20–CV–06851 |
| Plaintiffs, | ) ) | |
| | ) | Hon. Charles R. Norgle |
| CITY OF CHICAGO, *et al.*, | ) ) | Magistrate Jeffrey T. Gilbert |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's May 25, 2022 order (Dkt. No. 109), Plaintiffs, Defendant City of Chicago ("City"), Superintendent David Brown, and the Individual Defendant Officers jointly submit this Status Report regarding the Plaintiffs' expedited discovery requests.

On May 27, 2022, Plaintiffs filed their Third Amended Complaint, where they substituted 17 named defendants for previously referenced John Doe Officers. On May 27, 2022, Plaintiffs notified the Court that they intend to file a Fourth Amended Complaint on or before July 15, 2022, should any John Doe Officers relating to the protests that occurred in July and August 2020 be identified through expedited discovery.

On June 7, 2022, pursuant to this Court's order, the parties met and conferred to discuss certain additional preliminary discovery for statute of limitations purposes Plaintiffs still need to pursue. Specifically, Plaintiffs identified the following two items in a June 6 email to Defendants:

1. The identities of all Chicago Police officers who discharged pepper spray on August 15, 2020.

2. The identities of all Chicago Police officers who wore olive green Battle Dress Uniforms (whom Plaintiffs presume to be members of the SWAT team) on August 15, 2020, and which of those officers were equipped with pepper spray.

Plaintiffs agreed to make these requests in a formal Supplemental Interrogatory, which they will issue today. The City stated that it could not commit to being able to provide responsive

information in less than 30 days, but agreed to attempt to do so, if possible, and agreed to provide Plaintiffs with a time estimate next week after conferring with CPD.

Additionally, Plaintiffs advised that based on their ongoing review of BWC footage that has been produced thus far, they anticipate having screenshots of John Doe officers that they will request that the City attempt to identify, and they will also request that the City identify which officers were assigned and wearing particular BWCs. Plaintiffs will provide this information to the City as soon as possible.

Finally, the parties discussed Plaintiffs' previous request for the BWC footage referenced in the Tactical Response Report bates stamped CPD472. The City is continuing to search for this BWC footage and will provide Plaintiffs with an update next week.

Dated: June 7, 2022                                  Respectfully Submitted:

/s/ Ben H. Elson
Ben H. Elson,
Joey L. Mogul, Janine Hoft
Jan Susler, Brad Thomson
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070

Vanessa del Valle
Roderick and Solange MacArthur
Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3609
312-503-5932

Sheila A. Bedi
Community Justice and Civil Rights Clinic
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3609
312-503-8576

***Attorneys for Plaintiffs***

CELIA MEZA
Corporation Counsel of the
**CITY OF CHICAGO**

/s/ Andrew S. Murphy
Special Assistant Corporation Counsel

Allan T. Slagel
aslagel@taftlaw.com
Elizabeth E. Babbitt
ebabbitt@taflaw.com
Paul J. Coogan
pcoogan@taftlaw.com
Andrew S. Murphy
amurphy@taftlaw.com
Special Assistants Corporation Counsel
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

A. Christopher Brown (*pro hac vice*)
cbrown@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8400
Special Assistant Corporation Counsel

**Counsel for City of Chicago and Superintendent David Brown**

/s/ Whitney N. Hutchinson

Timothy P. Scahill
Steven B. Borkan
Graham P. Miller
Misha Itchhaporia
Whitney N. Hutchinson
Christiane E. Murray
Emily E. Schnidt

Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

**Counsel for Defendants Ivan Aviles, R. A. Ayala, Timothy Blake, D. P. Condreva, Sherrick Davis, Nebojsa Djurdjevic, David Floyd, William Grossklas, Brayan Jauregui, Nicolas Jovanovich, A.A. Khan, Levon London, S. Mannion, Daniel Morrin, Marcus Mudd, Nicholas Nesis, Brandon Patrick, David Sharp, Michael Wilson, and Patricia Zuber**