AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)  Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Sergeant James Trianafillo

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)<br>Mike Noble | TITLE<br>Process Server |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative
(Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
           Date                    Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
Address of Server

Party Served: Sergeant Michael Rake

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

___
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)  Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative

(Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
　　　　　　　　Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Victor Jorado

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)*      Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/8/2022     *[signature]*
             Date            Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Maximo Mora

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/8/2022
           Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093

*Address of Server*

Party Served: Officer Salvador Villanueva

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify):  Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
            Date

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Robert Pendleton

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT) Mike Noble | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/8/2022
Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Leonard Shoshi

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/8/2022
               Date                    *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Lemonica Rider

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)  Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
              *Date*        *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer in Exhibit B

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)* Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
              Date

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093

*Address of Server*

Party Served: Officer in Exhibit C

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)* Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/8/2022
           Date                    *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer in Exhibit A

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)  Mike Noble | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/8/2022
Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
Address of Server

Party Served: Officer Guillermo Gama

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
　　　　　　　Date　　　　　　　　Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Captain Christopher Bielfeldt

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)*  Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative
(Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
           *Date*             *Signature of Server*

           1706 Northfield Sq. Unit B
           Northfield, IL 60093
           *Address of Server*

Party Served: Officer Gabriel Rodriguez

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER (PRINT)  Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify):  Served: Officer M. Gomez Badge #12762, Authorized Representative

(Hispanic female, 45, brown hair, 5'3", 140)

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
             Date

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093

*Address of Server*

Party Served: Officer Aaron McClelland

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)* Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative (Hispanic female, 45, brown hair, 5'3", 140)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/8/2022
            Date

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Angelo Gallegos

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>6/6/2022 at 10:38 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served: Officer M. Gomez Badge #12762, Authorized Representative
(Hispanic female, 45, brown hair, 5'3", 140)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/2022
             Date                    *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
*Address of Server*

Party Served: Officer Andres Valle

Address of Process Server:
Chicago Police Department Headquarters
3510 South Michigan Ave
Chicago, IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.