AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/1/2022___          _____
      Date          *Signature of Server*

          1706 Northfield Sq. Unit B
          Northfield, IL 60093
          800-637-1805
          *Address of Server*

Party Served: Officer Charles Flaster (#15498)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
_____
Date

_____
*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Arthur Young (#1289)
Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)* Mike Noble | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/1/2022
                   *Date*

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Charles Flaster (#15498)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
          Date            *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer David Stepney (#3141)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
<br>Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Dillan Halley (#7341)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/1/2022___          _____
                Date                    *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer in Exhibit D

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/1/2022___
         Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer in Exhibit E

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022
　　　　　　　　Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer in Exhibit F

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
              Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer in Exhibit G

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
_____
Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Jesse Chavez (#14182)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022                                    _____
                    Date                                         *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Kevin Graves (#16260)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☑  Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
　　　　　　　　Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Kyle Gleeson (#3809)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)* Mike Noble | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022
_____                _____
Date                                    *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Mane Maravic (#18441)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)* Mike Noble | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/1/2022__
Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Mark Styczynski (#5442)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
     discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☑   Other (specify):   Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022          _____
                 *Date*              *Signature of Server*

                     1706 Northfield Sq. Unit B
                     Northfield, IL 60093
                     800-637-1805
                     *Address of Server*

Party Served: Officer William Murphy (#19214)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
　　　　　　　Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Commander Sean Loughran (#15)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022
　　　　　　　Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Alexander Gonzalez (#4877)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/1/2022___              _____
                Date                            *Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Andrea Rodriguez (#18618)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  <u>8/1/2022</u>          _____
             Date             *Signature of Server*

                      1706 Northfield Sq. Unit B
                      Northfield, IL 60093
                      800-637-1805
                      *Address of Server*

Party Served: Officer Brian Griffith (#8236)
Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

| *Check one box below to indicate appropriate method of service* |
|---|

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022                          _____
                    Date                              *Signature of Server*

                                        1706 Northfield Sq. Unit B
                                        Northfield, IL 60093
                                        800-637-1805
                                        *Address of Server*

Party Served: Officer Christopher De Canto (#16028)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022
                   Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
Address of Server

Party Served: Officer Colin Shiels (#19205)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
|---|---|
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/1/2022__
Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Evan Kilponen (#12854)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022
         Date

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer James Johnson (#2293)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022  
　　　　　　　Date

Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Jonathan Hernandez (#13181)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☑  Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/1/2022         _____
            Date              *Signature of Server*

                          1706 Northfield Sq. Unit B
                          Northfield, IL 60093
                          800-637-1805
                          *Address of Server*

Party Served: Officer Jose Rojas (#932)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on ___8/1/2022___                    _____
　　　　　　　　Date                              *Signature of Server*

                                              1706 Northfield Sq. Unit B
                                              Northfield, IL 60093
                                              800-637-1805
                                              *Address of Server*

Party Served: Officer Peter Jonas (#5069)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

_____

_____

☑   Other (specify):   Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
|        I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on   8/1/2022          _____
              Date              *Signature of Server*

                     1706 Northfield Sq. Unit B
                     Northfield, IL 60093
                     800-637-1805
                     *Address of Server*

Party Served: Officer Shane Coleman (#15359)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on 8/1/2022
       *Date*

*Signature of Server*

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
*Address of Server*

Party Served: Officer Thomas Oshaughnessy (#1247)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on   8/1/2022 _____        _____
 Date                                Signature of Server

1706 Northfield Sq. Unit B
Northfield, IL 60093
800-637-1805
Address of Server

Party Served: Officer William Schield (#946)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>8/1/2022 at 8:30 AM |
| NAME OF SERVER *(PRINT)*<br>Mike Noble | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Served Officer M. Gomez, Authorized Representative on 8/1/2022 at 8:30 AM

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2022                       _____
             Date                     *Signature of Server*

                         1706 Northfield Sq. Unit B
                         Northfield, IL 60093
                         800-637-1805
                         *Address of Server*

Party Served: Sergeant Charles Rhein (#2164)

Address of Service:
3510 South Michigan Ave.
Chicago IL 60653

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.