## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Timothy Wilger, et al.
                              Plaintiff,

v.                                              Case No.: 1:20−cv−06851
                                              Honorable Sharon Johnson Coleman

City of Chicago, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 9, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/9/2022. The parties clarified how the cases would be severed if the Court were to grant the joint motion to sever [127]. Counsel for plaintiffs also brought to the Court's attention that there are Monell claims as well, which the Court was aware. The Court takes the matter under advisement. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.