# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Timothy Wilger, et al.

                    Plaintiff,

v.

City of Chicago, et al.

                    Defendant.

Case No.: 1:20−cv−06851

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 6, 2023:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The parties' joint motion to sever [127] is granted in part. For the purposes of judicial economy, the court consolidates proposed cases 3 and 4; 12 and 13; and 14 and 16, for a total of 15 severed cases. Mailed notice. (ym,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.