# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Timothy Wilger et al,

Plaintiff(s),

v.

City of Chicago et al,

Defendant(s).

Case No.  20 cv 6851
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐　　in favor of plaintiff(s)
and against defendant(s)
in the amount of $　　　,

which ☐ includes　　pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐　　in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

---

☒　　other: In light of this Court's order granting the motion to sever in part [142] and the matter having been severed and reassigned per the Executive Committee [143] , this case is dismissed.

---

This action was *(check one)*:

☐ tried by a jury with Judge　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to sever.

Date:　8/24/2023

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk